**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| **ARIEL GARZA** | § |
| | § |
| *Plaintiff,* | § |
| | § |
| VS. | § |
| | § **CIVIL ACTION NO:** |
| **HOME DEPOT U.S.A., INC D/B/A THE HOME DEPOT #0506,** | § |
| | § |
| *Defendant.* | § |

**DEFENDANT'S HOME DEPOT U.S.A., INC.'S**
**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Home Depot U.S.A., Inc. ("Home Depot"), who files this its Notice of Removal, on the basis of diversity jurisdiction, and would show the Court as follows:

1. Home Depot is the Defendant in a civil action pending in Hidalgo County, Texas, entitled *Ariel Garza v. Home Depot U.S.A., Inc. d/b/a The Home Depot #0506*, Cause No. C-4974-24-D (hereinafter referred to as the "State Court Action"). An Index of Documents filed with the Notice of Removal is attached hereto as Exhibit "A," and true and correct copies of all process, and pleadings, served upon Home Depot in the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. §1446(a).

2. The Plaintiff's Original Petition in the State Court Action was filed on October 23, 2024 and was served on Home Depot on October 28, 2024 and states that Plaintiff seeks monetary relief of over $1,000,000.00.

3. This notice is timely filed within thirty (30) days of Home Depot's receipt of first notice that this Court has jurisdiction over the subject matter of this case as required by 28 U.S.C. §1446(b), and within one year of the commencement of the lawsuit.

4. Plaintiff Ariel Garza is and was at the time of filing suit a citizen of the State of Texas.

5. Home Depot U.S.A., Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Home Depot is and was, therefore, a citizen of the State of Delaware and Georgia.

6. Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff, on the one hand, and Home Depot, on the other hand, are now, and were at the time this action commenced, diverse in citizenship from each other.

7. The amount in controversy in the State Court Action is in excess of $75,000.00, exclusive of interests and costs. Accordingly, the State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

8. Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

9. Pursuant to 28 U.S.C. §1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the County Clerk of Hidalgo County, Texas, where the action was previously pending.

10. Jury Demand – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant Home Depot U.S.A., Inc. hereby removes the case styled *Ariel Garza v. Home Depot U.S.A., Inc. d/b/a The Home Depot #0506*, Cause No. C-4974-24-D, and

respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Dated: November 26, 2024

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Isaac Villarreal*
    **Isaac Villarreal**
    Texas Bar No. 24054553
    Federal Bar No. 958226
    ivillarreal@dykema.com
    **Stephanie Sepulveda**
    Texas Bar No. 24106418
    Federal Bar No. 3630278
    ssepulveda@dykema.com
    5 Houston Center
    1401 McKinney Street, Suite 1625
    Houston, Texas 77010
    Tel.: (713) 904-6900
    Fax: (214) 462-6401

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 26th day of November, 2024 a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure.

*/s/ Isaac Villarreal*
Isaac Villarreal